IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 4:11CR121 |
| | § | (Judge Schell) |
| LARRY REISMAN | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, through the undersigned Assistant United States Attorney, and files this NOTICE OF PLEA AGREEMENT in the above entitled case, and in support thereof would show this court the following:

On this day the defendant, **Larry Reisman**, the counsel of record, Mike Gibson, and the United States have reached a written plea agreement in the above entitled matter. Accordingly, the parties respectfully request that the court schedule a hearing for a change of plea.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/
J. ANDREW WILLIAMS
Assistant U.S. Attorney
Oklahoma Bar No. 009650
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Fax: (972) 509-1213
andy.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Notice of Plea Agreement was served by electronic filing by CM/ECF to defense counsel on this 6th day of November, 2012.

/s/
J. ANDREW WILLIAMS